■ BANCO ECONOMICO, S. A., Respondent, v PARK TOWER ASSOCIATES, Defendant, and MERIDIAN PARTNERS, INC., Appellant. [640 NYS2d 755] —Order and judgment, Supreme Court, New York

County (Walter Schackman, J.), entered January 26, 1995 and February 8, 1995, respectively, unanimously affirmed for the reasons stated by Schackman, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Rubin and Mazzarelli, JJ.